UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EDWARD GOTTWALD,

    Plaintiff,

v.

NORTHEAST FOODS, LLC,

    Defendant.

CIVIL ACTION NO.  1:22-CV-10405-PBS

## NOTICE OF REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSSACHUSETTS**

Pursuant to 28 U.S.C. § 1446(a), Defendant. Northeast Foods, LLC ("Defendant"), hereby invoke this Court's jurisdiction under the provisions of 28 U.S.C. §§ 1332 and 1441(a) and states the following grounds for removal:

1. On or about January 11, 2022, Plaintiff Edward Gottwald filed a negligence action assigned Civil Action No. 2284CV00053 in Suffolk County Superior Court.  On February 10, 2022 Plaintiff filed an Amended Complaint styled and captioned as above against Defendant Northeast Foods, LLC.  A copy of the Amended Complaint is attached as Exhibit A.

2. Plaintiff purportedly served the Amended Complaint upon Defendant on or about February 24, 2022. A copy of the Summons is attached as Exhibit B.

3. The Summons and Amended Complaint constitute all process, pleadings, and orders served on Defendant to date in this action. See Exhibits A and B.

4. Having been filed within 30 days of service of the Amended Complaint upon Defendant, this Notice of Removal to the United States District Court has been filed in a timely manner pursuant to the provisions of 28 U.S.C. § 1446(b).  See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 347-48, 119 S. Ct. 1322, 1325 (1999).

5.  Defendant will promptly provide written notice, as required by 28 U.S.C. § 1446(d), to Plaintiff and clerk of the state court in which this case was initially filed.

6.  Jurisdiction exists over this removed action, pursuant to 28 U.S.C. § 1441, because this action could originally have been filed in this Court, pursuant to 28 U.S.C. § 1332(a)(1), on the basis that there is complete diversity of citizenship between the adverse parties and the amount in controversy exceeds $75,000:

    a.  Defendant Northeast Foods, LLC is a Massachusetts limited liability company whose sole member is Northeast Foods, Inc., a Delaware corporation with its principal place of business in Sugarland, Texas. The citizenship of an LLC is determined by the citizenship of each of its members. See, e.g., Bayerische Landesbank, New York Branch v. Aladdin Capital Management LLC, 692 F.3d 42, 49 (2d Cir. 2012). "A complaint premised upon diversity of citizenship must allege the citizenship of natural persons who are members of a limited liability company and the place of incorporation and principal place of business of any corporate entities who are members of the limited liability company." New Millennium Capital Partners, III, LLC v. Juniper Grp. Inc., 2010 WL 1257325, at *1 (S.D.N.Y. Mar. 26, 2010).

    b.  Based on the Amended Complaint, Plaintiff is an individual residing in Foxboro, Massachusetts. See Exhibit A.

    c.  Plaintiff is claiming that he sustained "severe personal injuries" and "was caused to incur and continues to incur medical bills, was caused to lose and continues to lose Thai from his employment and has sustained and continues to sustain an impairment to his ability to enjoy life and to attend to his usual activities." as the

100948607

        result of an alleged slip and fall incident on January 21, 2019 at the defendant's restaurant premises in Roslindale, Massachusetts. See Exhibit A.

    d.    The Civil Action Cover Sheet filed by Plaintiff with the Suffolk County Superior Court describes the alleged personal injuries as "fracture in back, injuries to neck and right shoulder" A copy of the Civil Action Cover Sheet is attached as Exhibit C.

    e.    Plaintiff is claiming that the above-referenced injuries have resulted in hospital, doctor and physical therapy expenses in excess of $58,810 and lost wages and compensation totaling $480,000, to date. See Exhibit C.

    f.    On November 5, 2021, counsel for plaintiff sent a settlement demand letter to defendant's representative communicating a settlement demand in the amount of $750,000.

7.    Pursuant to 28 U.S.C. §§ 101 and 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal of the state court action which was commenced in the Suffolk County Superior Court in the Commonwealth of Massachusetts.

WHEREFORE, Defendant requests that the action pending in Suffolk County Superior Court be removed therefrom to this Court and proceed as an action properly so removed.

Respectfully submitted,

The Defendant,
Northeast Food, LLC

By its Attorneys,

*/s/ Sean J. Milano*
_____

Sean J. Milano, BBO #551996
smilano@morrisonmahoney.com
Matthew Baker, BBO # 698819
pmonaco@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:   617-737-8807
Fax:       617-342-4938

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 16, 2022

*/s/ Sean J. Milano*
Sean J. Milano