# EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| SUFFOLK, SS | SUPERIOR COURT DEPARTMENT<br>OF THE TRIAL COURT<br>CIVIL ACTION NO. 2284CV00053 |
| EDWARD GOTTWALD )<br>    Plaintiff ) | **AMENDED AS OF RIGHT UNDER<br>RULE 15(A) TO SUBSTITUTE A PARTY** |
| v. ) | |
| ) | **E-FILED 2/10/2022 (CD)** |
| NORTHEAST FOODS, LLC. )<br>    Defendant ) | |

## FIRST AMENDED COMPLAINT & JURY DEMAND

1. The Plaintiff, Edward Gottwald, is an individual who resides at 18 Ames Road, Foxboro, Norfolk County, MA 02053.

2. The Defendant, Northeast Foods, LLC. is corporation duly organized under the laws of the Commonwealth of Massachusetts with its principal place of business located at 4415 Highway 6, Sugar Land, Texas. Northeast Foods, LLC. has identified a registered agent Corporation Service Company, 84 State Street, Boston, Suffolk County, MA 02109.

3. Venue is proper under G.L. c. 223, § 1.

4. On or about January 21, 2019 and at all times material herein, Plaintiff Edward Gottwald was lawfully on the premises of 4594 Washington Street, Roslindale, MA 02131.

5. On or about January 21, 2019 and at all times material herein, Defendant Northeast Foods, LLC. was the owner and/or operator with the responsibility to maintain the premises of the Burger King location at 4594 Washington Street, Roslindale, MA 02131, in a reasonably safe manner.

6. At all times material herein, Defendant Northeast Foods, LLC. had a duty to maintain its premises, Burger King, in a reasonably safe condition, and free from all foreseeable hazards, including ice and snow.

7. Defendant **breached said** duties by negligently failing to adequately remove and/or treat the snow and/or ice accumulated at the parking lot area of the premises.

8. As a direct and proximate result of Defendant Northeast Foods, LLC.'s negligence as alleged, the Plaintiff sustained severe personal injuries when she was caused to slip and fall.

9. As a direct and proximate result of the Defendant Northeast Foods, LLC.'s negligence as alleged, the Plaintiff was caused to incur and continues to incur medical bills, was caused to lose and continues to lose time from his employment and has sustained and continues to sustain an impairment to his ability to enjoy life and attend to his usual activities.

10. At all times material herein the Plaintiff was in the exercise of due care and free of all comparative negligence.

11. The Plaintiff has satisfied all conditions precedent to the bringing of this cause of action.

WHEREFORE, the Plaintiff, Edward Gottwald claims and demands judgment against Defendant Northeast Foods, LLC. in the amount of his damages together with costs, interests, and reasonable attorney's fees.

THE PLAINTIFF HEREBY CLAIMS AND DEMANDS A TRIAL BY JURY ON ALL CAUSES OF ACTION ASSERTED HEREIN.

Respectfully submitted,
the Plaintiff,
By his Attorney,

/s/ William J. Raymond

William J. Raymond
BBO # 703849
KECHES LAW GROUP, P.C.
2 Lakeshore Center, 3rd Floor
Bridgewater, MA 02324
(508) 822-2000
wraymond@kecheslaw.com